UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA,                 :
                                                                  :

                  -v-                        :                   16-CR-265 (JMF)
                                                                 :

PAULINE BECKHAM,                       :                  <u>ORDER</u>
                                                                  :

                       Defendant.           :
                                                                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record at the conference held earlier today, pursuant to Rule

32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Defendant is released subject to home detention to be

enforced by electronic monitoring.  The Defendant may not leave her home except as directed by

her Probation Officer.

       As further discussed, unless and until the Court orders otherwise, the Defendant and

counsel shall appear for a status conference on **April 27, 2020**, at **3:30 p.m.** in **Courtroom 1105**

of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.


       SO ORDERED.

Dated: March 11, 2020
      New York, New York                            _____
                                            JESSE M. FURMAN
                                       United States District Judge