

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The conference is ADJOURNED to July 29, 2020, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #13. SO ORDERED.
>
> April 22, 2020

Re:   United States v. Pauline Beckham, 16-cr-265 (JMF)

Judge Furman:

      The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for April 27, 2020. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the Probation Office and all parties concur that the conference should be adjourned. Accordingly, the parties and Probation respectfully request that the Court adjourn the April 27 conference to late July or such time as is convenient for the Court. This adjournment will allow more time for Ms. Beckham's cases in New York and Connecticut to proceed, and will give the parties an opportunity to discuss a potential pre-hearing resolution.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Thomas S. Burnett
      Assistant United States Attorney
      (212) 637-1064