UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                             :   16-CR-265 (JMF)
:
PAULINE BECKHAM,                                                        :   ORDER
:
                    Defendant.                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received a Second Amended Violation Report, dated June 30, 2020, containing several new specifications and a recommendation that the Court "accelerate" the July 29, 2020 conference and remand the Defendant. In light of the Report, counsel shall promptly confer and, no later than **noon** on **July 10, 2020**, submit a joint letter to the Court proposing how to proceed, including but not limited to whether the Court should accelerate the conference (and if so, what dates are doable); whether an in-person proceeding is necessary or the Court can and should proceed remotely; and if the Court decides to proceed remotely, what technological means the Court should use to do so that would enable the Defendant to participate.

       SO ORDERED.

Dated: July 7, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                     United States District Judge