

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2020

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Pauline Beckham</u>, 16-cr-265 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need to move up the date for the next status conference in the above-captioned case, which is currently scheduled for July 29, 2020. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the Probation Office. All parties concur that the conference should be moved forward, and respectfully request that the conference be rescheduled for July 14, July 16, the afternoon of July 17, or another time that is convenient for the Court. All parties agree that the conference can proceed remotely. Ms. Beckham will be able to participate by telephone.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

Application GRANTED. The conference is hereby moved forward to **July 14, 2020, at 2:30 p.m.** At that time, counsel and the Defendant shall call the Court's dedicated conference call line at (888) 363-4749, and use access code 542-1540 followed by the pound (#) key. (Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode.) The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. (Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.) The Clerk of Court is directed to terminate Doc. #18. SO ORDERED.

July 10, 2020