

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2020

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Pauline Beckham</u>, 16-cr-265 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for September 14, 2020. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the Probation Office and all parties concur that the conference should be adjourned. Ms. Beckham is currently enrolled at an inpatient drug-treatment facility, and she is scheduled to remain at that facility for the next three months. Accordingly, the parties and Probation respectfully request that the Court adjourn the September 14 conference to early January, or such time as is convenient for the Court, so Ms. Beckham does not need to leave inpatient drug treatment before completing the program.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

Application GRANTED. The conference is hereby ADJOURNED to January 11, 2021, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #23. SO ORDERED.

September 4, 2020