

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2020

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Pauline Beckham, 16-cr-265 (JMF)

Judge Furman:

The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for January 11, 2020. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the Probation Office and all parties concur that the conference should be adjourned.

Ms. Beckham is currently enrolled at an inpatient drug-treatment facility. Her Probation Officer reports that she has been responding well to treatment at the facility and will likely remain there until February. The parties and Probation respectfully request that the Court adjourn the January 11 conference to a date in March, so Ms. Beckham can complete her inpatient treatment program before the next steps in her case take place.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

The status conference is ADJOURNED to **March 8, 2021** at **2:30 p.m.** The Clerk of Court is directed to terminate ECF No. 27. SO ORDERED.

*[signature]*
December 29, 2020