

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2021

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Pauline Beckham</u>, 16-cr-265 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for March 8, 2021. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the Probation Office and all parties concur that the conference should be adjourned.

    Ms. Beckham is scheduled to be released from her inpatient drug-treatment facility on February 25, 2021. After she is released, she will be referred to outpatient treatment. She is also expected to have conferences in two of her ongoing State cases, which relate to the VOSR specifications, on or about March 3 and March 10, 2021. The parties and probation respectfully request that the Court adjourn the January 11 conference to a date in late March or early April, so Ms. Beckham can complete her transition to outpatient treatment and can provide an update on her pending State cases before the next steps in this proceeding take place.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

Application GRANTED. The conference is hereby ADJOURNED to April 5, 2021, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #30. SO ORDERED.

February 24, 2021