

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2021

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Pauline Beckham</u>, 16-cr-265 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for April 5, 2021. The Government has conferred with Ms. Beckham's attorney, Robert Baum, Esq., and the parties concur that the conference should be adjourned for approximately 30 days. The additional time will allow the parties to assess the status of Ms. Beckham's state cases and discuss a potential pre-hearing resolution to this proceeding.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

Application GRANTED. The conference is hereby ADJOURNED to May 10, 2021, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

March 26, 2021