# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
**Barry D. Leiwant**
*Attorney-in-Charge*

July 22, 2021

**BY ECF AND EMAIL**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

> Application GRANTED. The VOSR proceeding is hereby ADJOURNED to August 24, 2021, at 11:45 a.m. (The Court is available other days during the week of August 2nd, but not the days listed by defense counsel.) Unless and until the Court orders otherwise, the proceeding will be held in person. The Clerk of Court is directed to terminate Doc. #42. SO ORDERED.
>
> July 23, 2021

**Re: United States v. Pauline Beckham
16 Cr. 265 (JMF)**

Dear Judge Furman,

I write on behalf of my client, Pauline Beckham to request an adjournment of the Violation of Supervised Release hearing currently scheduled for July 28, 2021. Defense Counsel has a conflict that day and cannot appear due to a personal matter. I have spoken with Thomas Burnett on behalf of the Government and he consents to this request. Subject to the Court's schedule, the Parties are available for an in-person court proceeding on July 30, 2021 and August 2 and 6, 2021.

At this proceeding, it is anticipated that Ms. Beckham will enter a guilty plea to one of the specifications charged, based on an agreement with the Government and Probation. We will request that the Court impose sentence immediately thereafter. The parties will have a joint recommendation for sentencing, requesting that the Court consider a term of non-incarceration based on Ms. Beckham's significant progress and success towards her rehabilitation since our last court proceeding.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

cc: Thomas S. Burnett
    Assistant United States Attorney